GABRIEL CHO, ESQ. (SBN: 213554)
LAW OFFICES OF GABRIEL Y. CHO
111 W. SAINT JOHN STREET, SUITE 524
SAN JOSE, CA  95113
Telephone: 408-436-7600
Fax: 408-436-7660

Attorney for Defendant,
LUIS ANGEL DIMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>LUIS ANGEL DIMAS,<br><br>            Defendant. | Case No.:   **CR 09-00848-03 DLJ**<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING HEARING** |

IT IS HEREBY STIPUALTED BY AND BETWEEN THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE LEGAL COUNSEL, THAT THE FOLLOWING SHALL BE THE ORDER OF COURT:

The sentencing hearing presently scheduled for January 26, 2012 at 10:00 a.m. in Department 7 in the above referenced matter shall be continued to February 9, 2012 at 10:00 a.m. in the same department.

---

Stipulation and Order Re: Continuance

1

2  Dated: January 11, 2012                               /s/
                                         Gabriel Y. Cho, Attorney for Defendant
3                                        Luis Angel Dimas

4

5  Dated: January 11, 2012                               /s/
                                         Daniel R. Kaleba
6                                        Amber S. Rosen
                                         Assistant United States Attorneys
7

8

9

10  IT IS SO ORDERED. THIS MATTER IS CONTINUED TO FEBRUARY 9, 2012 IN
    DEPARTMENT 7 AT 10:00 A.M.
11

12

13  DATED: _____                  _____
14                                         JUDGE OF THE UNITED STATES DISTRICT
                                           COURT
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Re: Continuance